IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUSTIN GREENUP                  *

v.                                           *        Civil No. CCB-17-1295

CSX TRANSPORTATION, INC.     *

**ORDER**

For the reasons stated in the accompanying Memorandum, it is this \_\_\_ day of July 2019, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Defendant CSX Transportation, Inc.'s Motion for Summary Judgment (ECF No. 22) IS GRANTED;

2. Judgment is entered in favor of the Defendant;

3. The Clerk SHALL CLOSE this case; and

4. The Clerk SHALL SEND copies of the Memorandum and Order to counsel of record.

                                                         _____
                                                         Catherine C. Blake
                                                         United States District Judge